FILED'09 MAY 22 16:09 USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CONSTANCE MCCUTCHEON, ) | |
| ) | Civ. No. 07-1745-CL |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | **ORDER** |
| Commissioner, Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PANNER, District Judge:**

Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). When either party objects to any portion of a Magistrate Judge's Report and Recommendation, the district court must make a de novo determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F. 2d 1309, 1313 (9th Cir. 1981).

Here, plaintiff objects to the Report and Recommendation. On

1 - ORDER

de novo review, I find no error. I ADOPT the Report and Recommendation of Magistrate Judge Clarke.

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#25) is adopted. The Commissioner's decision is affirmed.

IT IS SO ORDERED.

DATED this ⁢22 day of May, 2009.

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER